FILED
5-22-08
MAY 2 2 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 413 |
| ) | |
| v. ) | Honorable Martin C. Ashman |
| ) | |
| ABRAM PEREZ, a/k/a "Doughboy" ) | |

## MOTION TO SEAL CRIMINAL COMPLAINT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the criminal complaint and other documents in the above-captioned case. In support of this motion, the government states as follows:

1. The criminal complaint in this case charges the defendant with the offense of knowingly and intentionally distributing and possessing with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). If convicted, the defendant qualifies for sentencing under the career offender provisions set forth at Guideline § 4B1.1. The defendant was also on parole from the Illinois Department of Corrections at the time of the alleged offense and, as described in the criminal complaint, has made statements to the confidential witness ("CW") indicating the intent to respond violently if law enforcement attempted to place him back in custody. The CW also saw the defendant in possession of firearms during meetings with the defendant.

2. The government presently plans to execute the arrest warrant on May 23, 2008, or soon after that date.

3. If the filing of the criminal complaint became a matter of public record prior to the government's execution of the arrest warrant, the investigation and prosecution of the defendant might be jeopardized because the defendant, if they became aware of the complaint, might flee the jurisdiction, destroy or move controlled substances or evidence, prepare for violent confrontation with the arresting officers or otherwise generally take steps to thwart or interfere with the government's investigation.

4. This Court has authority to seal these materials under appropriate circumstances. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978); *In Re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256 (9th Cir. 1979); *In Re September 1971 Grand Jury*, 454 F.2d 580 (7th Cir. 1971), *rev'd on other grounds; United States v. Webbe*, 791 F.2d 103, 106 (8th Cir. 1986).

WHEREFORE, the United States respectfully requests this Court to enter an order placing the criminal complaint and other documents in the above-captioned case under seal until further order of this Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
TIMOTHY J. CHAPMAN
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
Phone: (312) 353-1925
Fax: (312) 353-4324