UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 413 |
| | ) | |
| v. | ) | Honorable Martin C. Ashman |
| | ) | |
| ABRAM PEREZ, a/k/a "Doughboy" | ) | |

### ORDER

This matter having come before the Court on the motion of the government to place the criminal complaint and the other documents in the above-captioned case under seal,

IT IS HEREBY ORDERED that the criminal complaint and the other documents in the above-captioned case be placed until further order of this Court.

ENTER:

Dated: MAY 22 2008

MARTIN C. ASHMAN
United States Magistrate Judge