# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 413 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Abram Perez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/23/2008. Defendant appears in response to arrest on 5/23/2008. Defendant informed of his rights. Sergio Fidel Rodriguez from the Federal Defender Program is appointed as counsel for defendant for these proceedings only. Government seeks detention. Preliminary examination hearing and detention hearing set for 5/28/2008 at 2:00 p.m. Defendant to remain in custody pending further court proceedings. It is hereby ordered that this case is unsealed.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | IS |
|---|---|---|