AO 442 (REV.3/92) Warrant for Arrest    AUSA Timothy J. Chapman, (312) 353-1925

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
MAY 23 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

ABRAM PEREZ, a/k/a "Doughboy"

WARRANT FOR ARREST

CASE NUMBER: 08CR 413

MAGISTRATE JUDGE ASHMAN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ABRAM PEREZ, a/k/a "Doughboy"
                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a CRIMINAL COMPLAINT charging that:

On or about November 12, 2007, at Carpentersville, in the Northern District of Illinois, the defendant, ABRAM PEREZ, a/k/a "Doughboy," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

in violation of Title 21, United States Code, Section 841(a)(1).

MARTIN C. ASHMAN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

May 22, 2008, at Chicago, Illinois
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 1863 Cambridge Drive, Carpentersville, IL |||
| DATE RECEIVED 5/23/08 | NAME AND TITLE OF ARRESTING OFFICER  James J. Ferguson  FBI Chicago | SIGNATURE OF ARRESTING OFFICER  James J. Ferguson |
| DATE OF ARREST 5/23/08 | | |