# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 413 - 1 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Abram Perez | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing on 5/28/2008. Sergio Fidel Rodriguez from the Federal Defender Program withdraws as attorney of record for defendant. Kent R. Carlson is appointed as counsel for defendant. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|