FILED DJ

JUN 1 8 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
JUDGE DOW

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 413 |
| v. | ) |
| | ) Violation:  Title 21, United States Code, |
| ABRAM PEREZ, a/k/a "Doughboy" | ) Section 841(a)(1) |

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about June 26, 2007, at Carpentersville, in the Northern District of Illinois,

Eastern Division,

ABRAM PEREZ, a/k/a "Doughboy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely,

mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 14, 2007, at Carpentersville, in the Northern District of Illinois, Eastern Division,

ABRAM PEREZ, a/k/a "Doughboy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 20, 2007, at Carpentersville, in the Northern District of Illinois, Eastern Division,

ABRAM PEREZ, a/k/a "Doughboy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

-3-

<u>COUNT FOUR</u>

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 25, 2007, at Carpentersville, in the Northern District of Illinois, Eastern Division,

ABRAM PEREZ, a/k/a "Doughboy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

-4-

<u>COUNT FIVE</u>

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 8, 2007, at Carpentersville, in the Northern District of Illinois, Eastern Division,

ABRAM PEREZ, a/k/a "Doughboy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

-5-

## COUNT SIX

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 12, 2007, at Carpentersville, in the Northern District of

Illinois, Eastern Division,

ABRAM PEREZ, a/k/a "Doughboy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely,

mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).


A TRUE BILL:



_____
FOREPERSON



_____
UNITED STATES ATTORNEY