MAGISTRATE JUDGE ASHMAN



# United States District Court, Northern District of Illinois

04 GJ 284

| Name of Assigned Judge or Magistrate Judge | JUDGE DOW | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0413 | DATE | JUNE 18, 2008 |
| CASE TITLE | US v. ABRAM PEREZ | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge [signature]

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE..

FILED

JUN 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE ____________ (ONLY IF FILED UNDER SEAL)

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices | DOCKET# |
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices | | | Mailing dpty. initials | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |