Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 413 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. Abram Perez | | |

**DOCKET ENTRY TEXT**

Defendant withdraws not guilty plea. Defendant enters plea of guilty to Count Six of the Indictment. Defendant informed of his rights. Judgment of guilty entered on the plea. Sentencing set for 12/4/08 at 9:30a.m. Order cause referred to Probation Department for pre-sentence investigation.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

U.S. DISTRICT COURT

2008 SEP -4 PM 3: 05

FILED